UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MATTHEW P. TOTTENHAM,
    Plaintiff,

v.

WELLPATH MEDICAL PROVIDERS FOR DOC, et al.,
    Defendants.

Civil Action No.
21-11717-NMG

ORDER

GORTON, J.

Treating Plaintiff's letter (Docket No. 8) as a notice of voluntary dismissal, the Court orders that this action be DISMISSED without prejudice. The motion for leave to proceed *in forma pauperis* shall be terminated as moot. No filing fee is assessed.

So ordered.

_____
Nathaniel M. Gorton
United States District Judge

Dated: 04/06/2022